

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of F.S., a Child

No. 06-24-00048-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23C0251-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's judgment terminating Father's parental rights to F.S.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 9, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk